STATE of Missouri, Respondent,

v.

Rosemary A. JACKSON, Appellant.

No. WD 61029.

Missouri Court of Appeals,
Western District.

July 8, 2003.

Vanessa Caleb, Assistant Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Andrea Mazza Follett, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ULRICH, P.J., and HOWARD and NEWTON, JJ.

### Order

PER CURIAM.

Rosemary A. Jackson appeals from her conviction by a jury of murder in the first degree and armed criminal action. Ms. Jackson was sentenced to life imprisonment without parole for murder and a concurrent life sentence for armed criminal action. In her sole point on appeal, she alleges the trial court erred in admitting certain statements into evidence under the co-conspirator exception to the hearsay rule without first making an explicit finding of a conspiracy on the record.

Affirmed. Rule 30.25(b).

Clyde POINDEXTER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60755.

Missouri Court of Appeals,
Western District.

July 8, 2003.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Charnette D. Douglass, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ULRICH, P.J., and HOWARD and NEWTON, JJ.

### Order

PER CURIAM.

Clyde Poindexter appeals from the motion court's denial of his Rule 29.15 motion for post-conviction relief. In his sole point on appeal, Poindexter claims the motion court clearly erred in denying his motion because he established that trial counsel failed to act as a reasonably competent attorney when he failed to interview or depose State's witness Samuel Burroughs so as to discover the nature of Burroughs' testimony at trial, and when he failed to object to Burroughs' expert testimony.

Affirmed. Rule 84.16(b).